JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE

| | |
|---|---|
| FAST POST (SHANGHAI) LOGISTICS CO., LTD.,<br><br>     Plaintiff,<br><br>vs.<br><br>RAIL DOG TRUCKING LLC, et al.<br><br>     Defendants. | Case No. 5:25−cv−00712−RGK−SP<br><br>**ORDER REMANDING ACTION**<br><br>**[10]** |

Based on the stipulation of the parties;

**IT IS HEREBY ORDERED:**

This action is remanded to San Bernardino County Superior Court, Case No. CIVSB2431525, without prejudice to Rail Dog's right to remove this matter should additional and/or different facts warrant same.

Dated: April 8, 2025

*Gary Klausner*
Hon. R. Gary Klausner
U.S. District Judge